UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TYLER CANNON | CIVIL ACTION |
| VERSUS | NO: 24-2144 |
| SOCIAL SECURITY ADMINISTRATION | SECTION: "J"(4) |

### ORDER

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 13), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this Matter.

Accordingly,

**IT IS ORDERED** that the decision of the Administrative Law Judge is **AFFIRMED,** as it is based on substantial evidence, pursuant to Title 42 U.S.C. § 405(g).

New Orleans, Louisiana, this 1st day of May, 2025.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE